## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING and FRONT ROW MOTORSPORTS, INC., <br><br> Movants, <br><br> v. <br><br> NATIONAL BASKETBALL ASSOCIATION, NATIONAL FOOTBALL LEAGUE, and NHL ENTERPRISES, L.P., <br><br> Respondents. | Case No. 1:25-mc-146 <br><br> <u>Underlying Litigation</u> <br><br> *2311 Racing LLC v. Nat'l Ass'n for Stock Car Auto Racing, LLC*, No. 3:24-cv-886-KDB-SCR in the United States District Court, Western District of North Carolina Charlotte Division <br><br> **CERTIFICATE OF SERVICE** |

  I, Jeffrey L. Kessler, hereby certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on this 31st day of March 2025, I served the Notice of Motion for Movants' Motion to Compel Compliance with the Subpoena Issued to National Basketball Association, National Football League, and NHL Enterprises, L.P., the Memorandum of Law in Support of the Motion, and Declaration of Jeanifer E. Parsigian in Support of Motion, with its Exhibits A – I, by mail upon Respondents National Basketball Association, National Football League, and NHL Enterprises, L.P., in the above-captioned action at the addresses indicated below:

National Basketball Association
645 5th Ave., 14th Floor
New York, NY 10022

National Football League
345 Park Avenue, 5th Floor
New York, NY 10154

NHL Enterprises, L.P., c/o C T Corporation System,
28 Liberty Street,
New York, NY 10005

I also emailed a courtesy copy of the Notice of Motion for Movants' Motion to Compel Compliance with the Subpoena Issued to National Basketball Association, National Football League, and NHL Enterprises, L.P., the Memorandum of Law in Support of the Motion, and Declaration of Jeanifer Parsigian in Support of Motion, with its Exhibits A – I, to counsel for Respondents National Basketball Association, National Football League, and NHL Enterprises, L.P. in the above-captioned action at the emails below:

Jake Butwin
Bradley Ruskin
Shawn Ledingham, Jr.
PROSKAUR ROSE LLP
Eleven Times Square
New York, NY 10036-8299
JButwin@proskaur.com
BRuskin@proskauer.com
SLedingham@proskauer.com
*Counsel for National Basketball Association and National Football League*

Andrew Gordon
Martha Goodman
Agnes Lee
PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
AGordon@paulweiss.com
MGoodman@paulweiss.com
ALee@paulweiss.com
*Counsel for NHL Enterprises, L.P.*

| | | |
|---|---|---|
| Executed on March 31, 2025 | By: | */s/ Jeffrey L. Kessler* |
| | | Jeffrey L. Kessler |
| | | **WINSTON & STRAWN LLP** |
| | | 200 Park Avenue |
| | | New York, NY 10166 |
| | | Tel: (212) 294-6700 |
| | | Fax: (212) 294-4700 |
| | | jkessler@winston.com |